IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK A. SHERWOOD, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25cv393 |
| | ) | **Electronic Filing** |
| **JUDGE J. NICHOLAS RANJAN, U.S.** | ) | |
| **PATRICIA L. DODGE,** Magistrate, | ) | |
| **CLERK JOSEPH F. WEIS JR.** | ) | |
| **COURTHOUSE PGH 700 GRANT ST,** | ) | |
| **PITTSBURGH, PA, MICHAL** | ) | |
| **MOORES** Magistrate Judge | ) | |
| Westmoreland County, PA, **MARK** | ) | |
| **BROOKS, MELINDA DEAL** | ) | |
| **DELLAROSE, FAYETTE COUNTY** | ) | |
| **JUDGES, JOHN WAGNER, GEORGE** | ) | |
| **JOSF, JR., LINDA CORDRA** with | ) | |
| Public Defenders Office, **JEFFREY** | ) | |
| **WHITKO, JAME V. NATAL,** | ) | |
| **VINCENT M. TEBIR, STATE DRUG** | ) | |
| **TREATMENT PROGRAM** S.D.T.P., | ) | |
| **KENNETH JORDAN** Program | ) | |
| Program Administrator SCI Prison Laurel | ) | |
| Highlands, Somerset, **LEANN DAVIES** | ) | |
| C.Y.S. Fayette County, | ) | |
| **CONNELLSVILLE COPS/POLICE** | ) | |
| **STATE CONSTABLE,** | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Plaintiff Frederick A. Sherwood, Jr., ("Plaintiff") commenced this civil rights action on

March 18, 2025.  The case was referred to United States Magistrate Judge Christopher B. Brown

for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1),

and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 21) filed on October 21,

2025, recommended that plaintiff's Complaint be dismissed with prejudice for failure to conform

with Federal Rule of Civil Procedure 8, as frivolous, and pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction.  Plaintiff was informed that objections to the Report and Recommendation were due by October 31, 2025.  Plaintiff submitted several filings which the court has treated as objections (ECF No.s 22 through 29).  The "objections" do not undermine the report and recommendation and therefore are overruled.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 14th day of July, 2026,

IT IS ORDERED that [10] the Complaint be, and the same hereby is dismissed with prejudice.  The [21] Report and Recommendation of Magistrate Judge Brown dated October 14, 2025, is adopted as the opinion of the Court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:    The Honorable Christopher B. Brown
       United States Magistrate Judge

       (*Via CM/ECF Electronic Mail*)

       Frederick A. Sherwood, Jr.
       QF-4227
       SCI Pine Grove
       189 Fyock Road
       Indiana, PA 15701

       (*Via United States Postal Service mail*)